IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rose Maguire,<br><br>    Plaintiff,<br><br>v.<br><br>Bank of New York Mellon, N.A; BAC Home Loans Servicing, LP; Bank of America, N.A.; Bank of America Home Loans; MERS; IMPAC Funding Corporation; Countrywide Home Loans; Countrywide; Unknown Owners and Non-Record Claimants<br><br>    Defendants. | No. 1:13-cv-06874<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Jeffrey Cole |

**BANK OF NEW YORK MELLON, N.A.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND COUNTRYWIDE HOME LOANS, INC.'S AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Bank of New York Mellon, N.A. ("BNY"); Bank of America, N.A. ("BANA"), successor by merger to BAC Home Loans Servicing, LP, also incorrectly named under the non-corporate entity name "Bank of America Home Loans"; Mortgage Electronic Registration Systems, Inc. ("MERS"); and Countrywide Home Loans, Inc. ("CHL"), also incorrectly named under the non-corporate entity name "Countrywide"; by and through their attorneys, hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiff Rose Maguire's ("Plaintiff") Complaint. In support of their motion, BNY, BANA, MERS, and CHL state as follows:

1.    This Amended Motion to Dismiss Plaintiff's Complaint ("Amended Motion") is being filed because counsel for BNY, BANA, MERS, and CHL inadvertently failed to file the

1

258847.2

exhibits referenced in the Memorandum in support of BNY, BANA, MERS, and CHL's Motion to Dismiss Plaintiff's Complaint on February 5, 2014. Plaintiff will not be prejudiced by the filing of this Amended Motion because it is being filed prior to presentment of the Motion to Dismiss filed on February 5, 2014, and each of the exhibits is a matter of public record. The only differences between the Amended Motion and the Motion to Dismiss are this paragraph, the numbering of the paragraphs, the title of the motion to include the word "amended," and the date of filing. Similarly, the only differences between the prior Memorandum and the Memorandum filed today is the title of the Memorandum and the date of filing.

    2.    On September 24, 2013, Plaintiff filed her Complaint, seeking to quiet title in the property located at 230 Windsor Drive, Bolingbrook, Illinois 60440 (the "Property"). (Doc. # 1, the "Complaint".) Plaintiff asserted that a review of the Note, Mortgage, a Notice of Assignment, the Will County Registry of Deeds, and letters related to servicing revealed a cloud on title to the Property. (*See* Compl. ¶¶ 16-27.) Plaintiff prayed for $160,000 in general and special damages, punitive damages, a declaration of the proper title holder to the Property, and attorney's fees and costs. (*Id.*, at 9, Prayer for Relief.)

    3.    The Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to state any claim upon which relief can be granted. Specifically, the very facts alleged and documents cited by Plaintiff prove there is no cloud on the Property's title and Plaintiff has prayed for damages which cannot be awarded at equity.

    4.    Defendants BNY, BANA, MERS, and CHL have concurrently filed their Memorandum in Support of their Motion to Dismiss Plaintiff's Complaint, which more fully sets forth the above arguments, and is incorporated herein.

WHEREFORE, Bank of New York Mellon, N.A.; Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, also incorrectly named under the non-corporate entity name "Bank of America Home Loans"; Mortgage Electronic Registration Systems, Inc.; and Countrywide Home Loans, Inc., also incorrectly named under the non-corporate entity name "Countrywide"; respectfully request that this Court enter an order dismissing Plaintiff's Complaint, and grant such other and further relief as this Court deems just and proper.

Dated: February 7, 2014                    Respectfully submitted,

                                                  BRYAN CAVE LLP

                                                  By: /s/ Leighton O'Connell-Miller
                                                  Jena Valdetero (#6290948)
                                                  Leighton O'Connell-Miller (#6309812)
                                                  *Attorneys for Defendants Bank of New York Mellon, N.A.; Bank of America, N.A.; MERS; and Countrywide Home Loans, Inc.*
                                                  161 N Clark Street, Ste. 4300
                                                  Chicago, IL 60601
                                                  (312) 602-5000 (tel.)
                                                  (312) 602-5050 (fac.)
                                                  jena.valdetero@bryancave.com
                                                  leighton.oconnellmiller@bryancave.com

258847.2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served via ECF, this 7th day of February, 2014, to the following:

Robert L. Stone
PROPERTY RIGHTS LAW GROUP, P.C.
161 N Clark Street, Ste 4700
Chicago, IL 60601
(312) 523-2109 (tel.)

                                                     /s/ Leighton O'Connell-Miller
                                                         Leighton O'Connell-Miller

258847.2